JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LOUIS VISCIOTTI,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL MARTEL, Warden, California State Prison at San Quentin,**<br><br>Respondent. | Case No. CV 97-4591 R<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus is DENIED.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is GRANTED as to Claims 1.C and 12, exclusively, and each party is to bear its own fees and costs.

Dated: __July 11, 2011__   _____
                            The Honorable Manuel L. Real
                            United States District Judge

SD1997XW0004
70482166.doc